PROB 12A
(REVISED 5/2011)

# United States District Court
для
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Barbara Mazzella     Case Number: 3:10-CR-00273-01

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro, U.S. District Judge (SD/FL)

Name of Current Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: December 15, 2000

Original Offense: 21 U.S.C. § 846, Conspiracy to dispense and distribute controlled substances outside of course of professional medical practice; 18 U.S.C. § 371, Conspiracy to commit fraud; 18 U.S.C. 371 Conspiracy to receive medicare kickbacks

Original Sentence: 144 months' and custody and 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: December 24, 2008

Assistant U.S. Attorney: Unassigned     Defense Attorney: Unassigned

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allow the offender to terminate from supervision on December 23, 2013, still owing restitution

Considered this 18 day of Dec , 2013, and made a part of the records in the above case.

_Todd J. Campbell_
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Joshua Smith_
Joshua Smith
U. S. Probation Officer

Place     Nashville, Tennessee

Date     December 17, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The Defendant shall pay restitution of $229,384.64.**

   Ms. Mazzella has a balance of $196,455.01 of the ordered restitution that remains unpaid. She has joint and several restitution with other defendants. She has personally paid a total of $9,665.63 to date.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Mazzella began supervision on December 24, 2008. She is scheduled to terminate supervision on December 23, 2013. She currently receives social security income.

A report was submitted to the Court on June 28, 2012, to inform that Ms. Mazzella traveled with her sister to the Bahamas without the permission of the probation officer.

Ms. Mazzella was hospitalized from July 2013, through August 2013. She had a blockage in her bowel resulting in part of her intestine being removed. Shortly after, she had a blockage in her leg, and one of her legs was amputated as a result of the medical issues. She continues to undergo physical therapy to utilize the prosthesis and regular medical appointments for ongoing health concerns.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time and Ms. Mazzella be allowed terminate on December 23, 2013, still owing the remaining ordered restitution.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
W. Burton Putman
Supervising U.S. Probation Officer